PER CURIAM.
Affirmed. See: Shepherd v. State, Fla.1950, 46 So.2d 880; Floyd v. State, Fla.1956, 90 So.2d 105; Pearson v. State, Fla.App.1968, 213 So.2d 616; Jernigan v. State, Fla.1969, 228 So.2d 273; Byrd v. State, Fla.App.1971, 243 So.2d 1; Quartz v. State, Fla.App.1972, 258 So.2d 283. Compare Simpson v. State, Fla.App.1968, 211 So.2d 862; Robinson v. State, Fla.App.1971, 256 So.2d 29; Palladino v. State, Fla.App.1972, 267 So.2d 837.